435 A.2d 644

Commonwealth v. Honeyblue, Appellant.

Submitted December 5, 1980. Nicholas A. Clemente, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.